IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 12, 2007**

Charles R. Fulbruge III
Clerk

No. 06-60910

BUD OWEN WILLIAMS

Plaintiff-Appellant

v.

CITY OF FAYETTE; ROGERS KING, in his individual capacity

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:05-CV-34

Before REAVLEY, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

Having reviewed the briefs and pertinent parts of the record, and essentially for the reasons stated by the district court, the judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.